IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLOSI DISTRIBUTING, INC., | No. C 10-03256 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| BMW OF NORTH AMERICA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 11, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 3, 2011.

DESIGNATION OF EXPERTS: 4/1/11; REBUTTAL: 5/6/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 3, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by July 8, 2011;

    Opp. Due July 22, 2011;  Reply Due July 29, 2011;

    and set for hearing no later than August 12, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 11, 2011 at 3:30 PM.

JURY TRIAL DATE: October 24, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur by March 4, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge