IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLOSI DISTRIBUTING, INC.,

        Plaintiff,

  v.

BMW OF NORTH AMERICA,

        Defendant.
                                    /

No. C 10-03256 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 23, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 3, 2011.

DESIGNATION OF EXPERTS: CLOSED (4/1/11; REBUTTAL: 5/6/11.)
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 15, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011;

    Opp. Due November 11, 2011; Reply Due November 18, 2011;

    and set for hearing no later than December 2, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 24, 2012 at 3:30 PM.
(Pretrial documents due: 1/13/12)

JURY TRIAL DATE: February 6, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties must complete some form of ADR by late August or early September 2011. Counsel must inform the Court by May 27, 2011, on if they will request a magistrate-judge or some other form of ADR procedure.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/16/11

                                                    SUSAN ILLSTON
                                                    United States District Judge