COLIN C. WEST, SB# 184095
E-Mail: colin.west@bingham.com
**BINGHAM McCUTCHEN LLP**
3 Embarcadero Center
San Francisco, CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286

STEPHEN M. BLEDSOE (Pro Hac Vice)
E-Mail: sbledsoe@bowse-law.com
**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: 816.561.7007
Facsimile: 816.561.1888

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLOSI DISTRIBUTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | CASE NO. 10-cv-03256-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Dept.:   Courtroom 10<br>Judge:   Honorable Susan Illston |

1  Plaintiff, Nicolosi Distributing, Inc., and Defendant BMW of North America, LLC,
2  by their undersigned attorneys, hereby stipulate, pursuant to Federal Rule of Civil
3  Procedure 41(a)(1)(A) that this action be dismissed with prejudice and without costs or
4  attorneys' fees.

6  DATED: September 29, 2011    BERKOWITZ OLIVER WILLIAMS
                                 SHAW & EISENBRANDT LLP

                                 By:  s/ Stephen M. Bledsoe
                                      STEPHEN M. BLEDSOE
                                      Attorneys for BMW of North America, LLC

11 DATED: September 29, 2011    FRANCK AND ASSOCIATES

                                 By:  s/ Herman Franck
                                      Herman Franck
                                      Attorneys for Nicolosi Distributing, Inc.

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA